UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

Daryl Ronzelle Brooks, Jr.,

Plaintiff,

v.

Las Vegas Metropolitan Police Dept., *et al*.,
Defendants.

Case No. 2:26-cv-03080-MMD-EJY

**ORDER**

On September 24, 2026, Plaintiff submitted an incomplete application to proceed *in forma pauperis* ("IFP") together with a Civil Rights Complaint under 42 U.S.C. § 1983. ECF Nos. 1, 1-1. Plaintiff's IFP application failed to include his inmate trust fund account statement for the previous six-month period and a financial certificate signed by a prison or jail official. Even if Plaintiff has not been at the Clark County Detention Center a full six-month period, Plaintiff must still submit a financial statement and an inmate account statement for the dates he has been at the facility. 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice.

IT IS FURTHER ORDERED that on or before **October 30, 2026**, Plaintiff must either pay the $405 filing fee for a civil action[1] or file with the Court: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that failure to either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before **October 30, 2026**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows

[1] As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b).

Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1), but will not file it at this time.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* for a non-NDOC inmate along with the information and instructions for filing the same.

Dated this 29th day of September, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE